UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: JOSE L. LINARES            Date: 03/04/05
Court Reporter: PHYLLIS LEWIS     Docket No: CR. 04-580-JLL

Title of the Case:

UNITED STATES OF AMERICA

v.

CHARLES KUSHNER

Appearances:

Scott Resnik, Thomas Eicher & James Nobile - AUSA
Benjamin Brafman, Alfred DeCotiis & Jeffrey D. Smith – Attorneys for Defendant (s)

Renee Caggia & Susan Smalley - USPO

Nature of Proceedings:

Hearing on govt's application re: issue of acceptance of responsibility. Court ordered govt's application DENIED.

Court questioned Deft. Kushner re: issue of videotapes.

SENTENCE:   24 months as to each Count of the Information (to run concurrent)
SUPERVISED RELEASE:   2 years ; (1 year as to Cts. 1-16 & 2 years as to Cts. 17 & 18) to run concurrent

SPECIAL CONDITIONS:

1. DNA Collection
2. Full Financial Disclosure
3. IRS
4. Mental Health Program.
5. Total Fine: $40,000.00    – $32,000 ($2,000 per Count as to Counts 1-16)
                               $4,000 as to Count 17
                               $4,000.00 as to Count 18
   *The Fine is due immediately within 10 days.
6. Special Assessment: $1,800.00    ($100.00 as to each Count)

7.  Defendant was advised of his right to appeal.
8.  Defendant to voluntarily surrender to institution by May 9, 2005 at or before 2:00 p.m.

The Court makes the following recommendation to the Bureau of Prison: Maxwell Air Force Base, Montgomery, Alabama.

Commenced: 10:00 a.m.
Concluded: 1:00 p.m.

/s/Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.